# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. ANDERSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-05503-SB-AGR<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order granting Defendant Los Angeles County's motion to dismiss entered this day, Plaintiff Troy J. Anderson's claims are dismissed with prejudice.

　　This is a final judgment.

Date: March 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge